# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NOS. 1:02CR20 & 5:06CR32

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **JOHNATHAN LEE MAHLER** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's motion to continue the hearing on the supervised release violation from the August 30, 2006 calendar.

Upon consideration of the motion, the Court finds no good cause has been shown to warrant a continuance of this case from the calendar.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to continue is hereby **DENIED**.

Signed: August 28, 2006

*(signature)*

Lacy H. Thornburg
United States District Judge